UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

ANTHONY EINHORN

CASE NO. 8:17-cr-72-T-33AEP

18 U.S.C. § 641

### INFORMATION

The United States Attorney charges:

### COUNT ONE

Beginning in or about August 2008, and continuing through in or about January 2013, in the Middle District of Florida, and elsewhere, the defendant,

ANTHONY EINHORN,

did knowingly and willfully embezzle, steal, purloin, and convert to the defendant's use and the use of another, more than $1,000 of money and a thing of value of the United States, the United States Department of Veterans Affairs, and the United States Social Security Administration, departments and agencies of the United States, with intent to deprive the United States, the United States Department of Veterans Affairs, and the United States Social Security Administration of the use and benefit of the money and thing of value.

In violation of 18 U.S.C. §§ 641 and 2.

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of the violation of 18 U.S.C. § 641 charged in Count One, the defendant, ANTHONY EINHORN, shall forfeit to the United States of America, pursuant to 18 U.S.C § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. The property to be forfeited includes, but is not limited to, the following: a money judgment in the amount of $268,467.55, which represents the amount of proceeds obtained as a result of the offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

          A. LEE BENTLEY, III
          United States Attorney

By: _____
    Daniel George
    Assistant United States Attorney

By: _____
    Simon A. Gaugush
    Assistant United States Attorney
    Chief, Economic Crimes Section